# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-14953-MDC

KIMBERLY A MUMMA
MICHAEL D MUMMA
218 W. 4TH STREET

EAST GREENVILLE, PA 18041

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KIMBERLY A MUMMA
    MICHAEL D MUMMA
    218 W. 4TH STREET

    EAST GREENVILLE, PA 18041

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                    /s/ William C. Miller

Date: 10/4/2017

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee