# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14953-MDC

KIMBERLY A MUMMA
MICHAEL D MUMMA
218 W. 4TH STREET

EAST GREENVILLE, PA 18041

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIMBERLY A MUMMA
    MICHAEL D MUMMA
    218 W. 4TH STREET

    EAST GREENVILLE, PA 18041

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                           /S/ William C. Miller

Date: 3/6/2018                         _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee