# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
**Kimberly A. Mumma**
**Michael D. Mumma**  :
 : BANKRUPTCY NO. **17-14953 MDC**
Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Confirmation hearing and/or Motion to Dismiss until 4/4/2019 at 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: March 4, 2019

/s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105