United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-14953-mdc
Kimberly A. Mumma                                               Chapter 13
Michael D. Mumma
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 2           Date Rcvd: Mar 04, 2019
                              Form ID: 160          Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db/jdb         +Kimberly A. Mumma,    Michael D. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629
13997860        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13955811       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13955812        IRS,   Cincinnati, OH 45280-4527
13955813       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13955815       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13955818       +Penn Medicine,    UPHS Pah Patient Pay,    PO Boox 824329,    Philadelphia, PA 19182-4329
14019635       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13955819       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14001863        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13955809       +E-mail/PDF: pa_dc_ed@navient.com Mar 05 2019 02:32:44     Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
13963000        E-mail/Text: mrdiscen@discover.com Mar 05 2019 02:30:42     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
13955810       +E-mail/Text: mrdiscen@discover.com Mar 05 2019 02:30:42     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
13955816       +E-mail/Text: bncnotices@becket-lee.com Mar 05 2019 02:30:44      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
14002043        E-mail/PDF: pa_dc_claims@navient.com Mar 05 2019 02:32:45
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13966764        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2019 02:30:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13996424        E-mail/Text: bankruptcy@td.com Mar 05 2019 02:31:08      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
13955820        E-mail/Text: bankruptcy@td.com Mar 05 2019 02:31:08      Td Banknorth,    Attn: Bankruptcy,
                 PO Box 1190,    Lewston, ME 04243
13995191        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2019 02:43:33       Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK   73124-8838
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13955814*      +Kimberly A. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629
13955817*      +Michael D. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOHN L. MCCLAIN    on behalf of Debtor Kimberly A. Mumma aaamcclain@aol.com,    edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Michael D. Mumma aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Michael D. Mumma aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Kimberly A. Mumma aaamcclain@aol.com,
               edpabankcourt@aol.com
```

```
District/off: 0313-2           User: PaulP                Page 2 of 2                   Date Rcvd: Mar 04, 2019
                               Form ID: 160               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          MARTIN A. MOONEY    on behalf of Plaintiff Michael D. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
          MARTIN A. MOONEY    on behalf of Plaintiff Kimberly A. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
          MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
          MARTIN A. MOONEY    on behalf of Defendant    TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

          TOTAL: 13

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kimberly A. Mumma and Michael D. Mumma

    Debtor(s)　　　　　　　　　　　　　　　　　Case No: 17−14953−mdc

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

　　　　on: 4/4/19

　　　　at: 09:30 AM

　　　　in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

　　　　900 Market Street
　　　　Suite 400
　　　　Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 3/4/19　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　47 − 44
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 160