```
Kimberly Mumma                    Supr: 604        Dept: G&A
                                                            Date: 03/22/19
Check :    71283 Amount:          0.00    Note:
-----------------------------------------------------------------------------
Pay Type       Hours      Pay Amt      Pay YTD   Tax Type       Tax Amt     Tax YTD
Regular        40.00       983.77    10,337.23   FEDERAL          70.72      798.34
Holiday                                 372.00   MedicareEE       12.70      146.08
CO Vaca                                 281.07   Milford           8.73      100.39
Vacation                                379.45   PA State         26.80      308.21
                                                 PAUnemploy        0.59        6.80
                                                 SocSec-EE        54.32      624.78
-----------------------------------------------------------------------------
TOTALS         40.00       983.77    11,369.75                   173.86    1,984.60


Deduction      Ded Amt      Ded YTD  Reference
401K-EE         39.35        454.81
Dental-PPO      15.28        183.36
Direct Dep     533.75      6,088.62
Fxd Collct     125.00      1,500.00
HSA             20.00        240.00
Life Ins *       0.89         10.68
LTD-Adj          3.30         38.10
LTD-Prem        -3.30        -38.10
QHDHP           72.47        869.64
VSP Vision       3.17         38.04

TOTALS         809.91      9,385.15


Vacation Taken:  16.00 Remaining:  104.00  Sick Taken:  0.00 Remaining:   0.00
```

---

**M Milford** ENTERPRISES
450 Commerce Blvd. Quakertown, PA 18951

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

Check Date: 03/22/19  No:   71283   Amount: ********0.00

** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **

THIS IS NOT A CHECK

Pay to the     Kimberly Mumma
order of       218 W 4th Street
               East Greenville PA 18041

NON-NEGOTIABLE
FOR DIRECT DEPOSIT ONLY

```
Kimberly Mumma                    Supr: 604        Dept: G&A
                                                          Date: 03/29/19
Check :   71342 Amount:          0.00    Note:
-----------------------------------------------------------------------
Pay Type       Hours      Pay Amt      Pay YTD   Tax Type    Tax Amt    Tax YTD
Regular        36.00       885.39    11,222.62   FEDERAL       70.72     869.06
Vacation        4.00        98.38       477.83   MedicareEE    12.70     158.78
Holiday                                 372.00   Milford        8.73     109.12
CO Vaca                                 281.07   PA State      26.80     335.01
                                                 PAUnemploy     0.59       7.39
                                                 SocSec-EE     54.32     679.10
-----------------------------------------------------------------------
TOTALS         40.00       983.77    12,353.52                173.86   2,158.46


Deduction      Ded Amt     Ded YTD  Reference
401K-EE          39.35      494.16
Dental-PPO       15.28      198.64
Direct Dep      533.75    6,622.37
Fxd Collct      125.00    1,625.00
HSA              20.00      260.00
Life Ins *        0.89       11.57
LTD-Adj           3.30       41.40
LTD-Prem         -3.30      -41.40
QHDHP            72.47      942.11
VSP Vision        3.17       41.21

TOTALS          809.91   10,195.06


Vacation Taken:  20.00 Remaining:  100.00   Sick Taken:     0.00 Remaining:    0.00
```

---

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

**M) Milford** ENTERPRISES

450 Commerce Blvd. Quakertown, PA 18951

Check Date: 03/29/19  No:   71342   Amount: ********0.00

** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **

THIS IS NOT A CHECK

Pay to the     Kimberly Mumma
order of       218 W 4th Street
               East Greenville PA 18041

**NON-NEGOTIABLE**
**FOR DIRECT DEPOSIT ONLY**

```
Kimberly Mumma                     Supr: 604         Dept: G&A
                                                              Date: 03/29/19
Check :    71342 Amount:            0.00    Note:
-----------------------------------------------------------------------------
Pay Type       Hours      Pay Amt       Pay YTD   Tax Type      Tax Amt    Tax YTD
Regular        36.00       885.39     11,222.62   FEDERAL         70.72     869.06
Vacation        4.00        98.38        477.83   MedicareEE      12.70     158.78
Holiday                                  372.00   Milford          8.73     109.12
CO Vaca                                  281.07   PA State        26.80     335.01
                                                  PAUnemploy       0.59       7.39
                                                  SocSec-EE       54.32     679.10
-----------------------------------------------------------------------------
TOTALS         40.00       983.77     12,353.52                  173.86   2,158.46


Deduction      Ded Amt      Ded YTD  Reference
401K-EE         39.35        494.16
Dental-PPO      15.28        198.64
Direct Dep     533.75      6,622.37
Fxd Collct     125.00      1,625.00
HSA             20.00        260.00
Life Ins *       0.89         11.57
LTD-Adj          3.30         41.40
LTD-Prem        -3.30        -41.40
QHDHP           72.47        942.11
VSP Vision       3.17         41.21

TOTALS         809.91     10,195.06


Vacation Taken:  20.00 Remaining: 100.00   Sick Taken:    0.00 Remaining:    0.00
```

---

**M Milford ENTERPRISES**
450 Commerce Blvd. Quakertown, PA 18951

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

Check Date: 03/29/19  No:    71342    Amount: ********0.00

** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **** VOID **



Pay to the      Kimberly Mumma
order of        218 W 4th Street
                East Greenville PA 18041

**NON-NEGOTIABLE**
**FOR DIRECT DEPOSIT ONLY**