# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly A. Mumma<br>Michael D. Mumma<br>    Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>    Movant<br>  vs.<br>Kimberly A. Mumma<br>Michael D. Mumma<br>    Debtor(s)<br>William C. Miller Esq.<br>    Trustee | NO. 17-14953 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **August 23, 2018, docket number 34**.

              Respectfully submitted,

            By: **/s/ Kevin G. McDonald, Esquire**
              Kevin G. McDonald, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322
              Attorney for Movant/Applicant

May 14, 2019