**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13
    **Mumma, Kimberly A.**
    **Mumma, Michael D.**
        **Debtors**                                  : 17-14953

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Milford Enterprises
450 Commerce Blvd.
Quakertown, PA 18951**

Re:    **Mumma, Kimberly A.**
SSN:   xxx-xx-2110

    The future earnings of the above named debtor Mumma, Kimberly A., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$500.00 for 23 months (Started on August 1, 2017), then as of this July 1, 2019, the payments shall increase to $1,130.00 monthly for a period of 5 months, then as of this November 1, 2019, the payments shall increase again to $1,868.00 monthly for a period of 32 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$500.00 for 23 months (Started on August 1, 2017), then as of this July 1, 2019, the payments shall increase to $1130 monthly for a period of 5 months, then as of this November 1, 2019, the payments shall increase again to $1868 monthly for a period of 32 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT:_____*Magdeline D. Coleman*_____
                                JUDGE

May 15, 2019

Milford Enterprises
450 Commerce Blvd.
Quakertown, PA 18951

Mumma, Kimberly A.
Mumma, Michael D.
218 W. 4th Street
East Greenville, PA 18041

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123