United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Mumma
Michael D. Mumma
    Debtors

Case No. 17-14953-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 16, 2019
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
db/jdb       +Kimberly A. Mumma,   Michael D. Mumma,   218 W. 4th Street,   East Greenville, PA 18041-1629
                +Milford Enterprises,   450 Commerce Blvd.,   Quakertown, PA 18951-3729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
         JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         JOHN L. MCCLAIN   on behalf of Plaintiff Kimberly A. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN   on behalf of Debtor Kimberly A. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN   on behalf of Plaintiff Michael D. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN   on behalf of Joint Debtor Michael D. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         MARTIN A. MOONEY   on behalf of Creditor   TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         MARTIN A. MOONEY   on behalf of Defendant   TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         MARTIN A. MOONEY   on behalf of Plaintiff Michael D. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         MARTIN A. MOONEY   on behalf of Plaintiff Kimberly A. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
         TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
    Mumma, Kimberly A.
    Mumma, Michael D.
        Debtors  : 17-14953

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
Milford Enterprises
450 Commerce Blvd.
Quakertown, PA 18951

Re:   **Mumma, Kimberly A.**
SSN:  xxx-xx-2110

    The future earnings of the above named debtor Mumma, Kimberly A., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$500.00 for 23 months (Started on August 1, 2017), then as of this July 1, 2019, the payments shall increase to $1,130.00 monthly for a period of 5 months, then as of this November 1, 2019, the payments shall increase again to $1,868.00 monthly for a period of 32 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$500.00 for 23 months (Started on August 1, 2017), then as of this July 1, 2019, the payments shall increase to $1130 monthly for a period of 5 months, then as of this November 1, 2019, the payments shall increase again to $1868 monthly for a period of 32 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799.

    BY THE COURT:_____
                          JUDGE

May 15, 2019

Milford Enterprises
450 Commerce Blvd.
Quakertown, PA 18951

Mumma, Kimberly A.
Mumma, Michael D.
218 W. 4th Street
East Greenville, PA 18041

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123