**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Mumma, Kimberly A.
    Mumma, Michael D.
        Debtor(s)                                           : 17-14953

              :

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 2nd day of July 2019, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Milford Enterprises to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                  BY THE COURT

                  _____
                  CHIEF UNITED STATES BANKRUPTCY JUDGE

Milford Enterprises
450 Commerce Blvd.
Quakertown, PA 18951

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Mumma, Kimberly A.
Mumma, Michael D.
218 W. 4th Street
East Greenville, PA 18041

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106