United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Mumma
Michael D. Mumma
     Debtors

Case No. 17-14953-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Linda     Page 1 of 1     Date Rcvd: Jul 02, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
db/jdb        +Kimberly A. Mumma,   Michael D. Mumma,   218 W. 4th Street,   East Greenville, PA 18041-1629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:

         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         JOHN L. MCCLAIN    on behalf of Plaintiff Kimberly A. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Debtor Kimberly A. Mumma aaamcclain@aol.com,   edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Plaintiff Michael D. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Joint Debtor Michael D. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Defendant    TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Plaintiff Michael D. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Plaintiff Kimberly A. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                      TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Mumma, Kimberly A.
    Mumma, Michael D.
      Debtor(s) : 17-14953

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 2nd day of July 2019, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Milford Enterprises to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

        BY THE COURT

        *Magdeline D. Coleman*
        _____
        CHIEF UNITED STATES BANKRUPTCY JUDGE

Milford Enterprises
450 Commerce Blvd.
Quakertown, PA 18951

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Mumma, Kimberly A.
Mumma, Michael D.
218 W. 4th Street
East Greenville, PA 18041

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106