United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Mumma
Michael D. Mumma
    Debtors

Case No. 17-14953-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 08, 2019
                      Form ID: 155     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db/jdb     +Kimberly A. Mumma,    Michael D. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: bncnotice@ph13trustee.com Aug 09 2019 02:46:43     WILLIAM C. MILLER,
         Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                                                                         TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                                  Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
         JOHN L. MCCLAIN    on behalf of Plaintiff Kimberly A. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Debtor Kimberly A. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Plaintiff Michael D. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Joint Debtor Michael D. Mumma aaamcclain@aol.com, edpabankcourt@aol.com
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Defendant    TD Bank, N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Plaintiff Michael D. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Plaintiff Kimberly A. Mumma ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                     TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kimberly A. Mumma and Michael D. Mumma

    Debtor(s)

Chapter: 13

Bankruptcy No: 17−14953−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 8th day of August 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

67 – 50
Form 155