# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 17-14953-MDC

KIMBERLY A MUMMA
MICHAEL D MUMMA
218 W. 4TH STREET

EAST GREENVILLE, PA 18041

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

     KIMBERLY A MUMMA
     MICHAEL D MUMMA
     218 W. 4TH STREET

     EAST GREENVILLE, PA 18041

Counsel for debtor(s), by electronic notice only.

     JOHN L. MCCLAIN
     JOHN L MCCLAIN AND ASSOCIATES
     PO BOX 123
     NARBERTH, PA 19072-

/S/ William C. Miller

Date: 10/4/2019

William C. Miller, Esquire
Chapter 13 Standing Trustee