```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 17-14953-mdc
Kimberly A. Mumma                                                Chapter 13
Michael D. Mumma
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett              Page 1 of 2              Date Rcvd: Nov 14, 2019
                               Form ID: pdf900              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db/jdb         +Kimberly A. Mumma,    Michael D. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629
13997860        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13955811       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
13955812        IRS,    Cincinnati, OH 45280-4527
13955813       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13955815       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13955818       +Penn Medicine,    UPHS Pah Patient Pay,    PO Boox 824329,    Philadelphia, PA 19182-4329
14019635       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13955819       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14001863        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Nov 15 2019 03:38:55    WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:42    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:33    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13955809       +E-mail/PDF: pa_dc_ed@navient.com Nov 15 2019 03:48:56    Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
13963000        E-mail/Text: mrdiscen@discover.com Nov 15 2019 03:37:52    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13955810       +E-mail/Text: mrdiscen@discover.com Nov 15 2019 03:37:52    Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
13955816       +E-mail/Text: bncnotices@becket-lee.com Nov 15 2019 03:37:55    Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
14002043        E-mail/PDF: pa_dc_claims@navient.com Nov 15 2019 03:48:18
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13966764        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13996424        E-mail/Text: bankruptcy@td.com Nov 15 2019 03:38:27    TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
13955820        E-mail/Text: bankruptcy@td.com Nov 15 2019 03:38:27    Td Banknorth,    Attn: Bankruptcy,
                 PO Box 1190,    Lewston, ME 04243
13995191        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 03:48:59    Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13955814*      +Kimberly A. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629
13955817*      +Michael D. Mumma,    218 W. 4th Street,    East Greenville, PA 18041-1629
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Nov 14, 2019
                              Form ID: pdf900              Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Kimberly A. Mumma aaamcclain@aol.com,   edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Michael D. Mumma aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Michael D. Mumma aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Kimberly A. Mumma aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Plaintiff Michael D. Mumma kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Plaintiff Kimberly A. Mumma kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Defendant    TD Bank, N.A. kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
KIMBERLY A MUMMA
MICHAEL D MUMMA

Debtor     Bankruptcy No. 17-14953-MDC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 14, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
KIMBERLY A MUMMA
MICHAEL D MUMMA
218 W. 4TH STREET

EAST GREENVILLE, PA 18041